# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Ernest O. Graham   ID# 2022030031

_____

_____

_____

(Enter above full name of plaintiff or plaintiffs)

FILED U.S. DISTRICT COURT
2022 JUN 28  A 10:31

CV422 159

v.

① Officer Dorn O'Neil of Sav. Police Dep. #63518
② Savannah Police Department, Cpl. Ward
③ 
④ Det. Lucas Hinds #62816   ⑤ Det. Bashi   ⑥ Peter S. Iatrou #62888
⑦ Strategic Investigative Unit

(Enter above full name of defendant or defendants)

## I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____   No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county):

   N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ____ No ____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

2. Court (name the district):

   N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: 1074 Carl Griffin Drive, 31405 Chatham County Jail in Savannah, Ga.

A. Is there a prisoner grievance procedure in this institution? Yes ____ No ✓

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? I wrote a complaint to the Office of Professional Standards Internal Affairs, also American Civil Liberties Union of Georgia, also National Legal Professional Associates

2. What was the result? Exist file, exhisting now for a responding notification. I've reach out to everyone around the same time to help so I will get treated equally. Waiting on a response as one

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___   No ✓

If yes, what was the result? N/A

D. If you did not utilize the prison grievance procedure, explain why not: I've used filing complaints to the people I've wrote because I don't have much resources and I'm not financially able to make calls as much. I don't have as much communication as I need. Also I reach out to the best people I could.

### III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Ernest O. Graham #202203003/
   Address: 1074 Carl Griffin Drive, Savannah, Ga. 31405
   (Best My Home Address when I get out is)
   1809 Co. 41st St., Savannah, Ga. 31415

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Officer Devin O'Neil (Detective D. O'Neil) #6358
   Position: Police Officer
   Place of employment: Savannah Police Department, Precinct 2
   Current address: 201 Habersham St.
   Savannah, Ga. 31412

C. Additional defendants: Savannah Police Department Officers. Don't have exact names but they was on the scene and I know a few was Precinct 2, but could be contacted @ Habersham Police Station. They names are Detective Cash?, Detective Lucas Hinck #62816, Detective Cpl. Ward, Sgt. Hurst, Detective Devin O'Neil #6358

4

IV.  Statement of Claim

> State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3/2/2022 at or around 12:15/12:25hrs Detectives Lucas Hinds #62816, Detective Gash, fired there service weapons at me while I was in a running vehicle that cause me to back into a tree that cause bodily, mentally, and property damage. Him and several other officers was making a unlawful & unprofessional arrest at the time and I was not arm or dangerous. At the PNV food Mart store on McCarthy Ave & Stiles Ave. Mr. Davin O'Neil (detective officer) also fired his weapon with out giving me no time to acknowledge them as a officer. After I back in the tree and they had me on the ground in cuffs, it was one officer who came and sat on my head with his knee while another used his black hard night stick to push and poke me in the back of my head and neck while I was on the ground with abusive force. The store owner Mr. Vokash saw everything on his video store camera and is a witness. Several officers who was involve never turn in they body cameras, and evidence from body and store and dash cameras will show my proof. Cpl. Ward and Sgt. Hunt was there. I even complain about what those officers did to Sgt. Hunt and he said they wasn't suppose to put there weight on my head & neck the way they did. I never had a chance to get all officer name. It's best if's video footage of the whole thing. I will like they footage to be inspected for being tampered with because the one I've seen been tampered & tainted. They destroy my vehicle I was driving by breaking the windshield with a night stick. They was abusive and use they police force and weapons to they advantage that cause me great physical, mental, property damage and etc. that have me in pain, suffering, distress.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm requesting for proper & better medical attention as soon as possible. I'm also requesting 1.2 million for my pain & suffering from bodily, mentally, emotionally, physically, and property damage. I ask that these officers be investigate by a higher official of government because the tainted, altered, and tampered evidence. I will like all dash & body cameras to be turn in from this situation and looked at properly. I will like for these officers who cause damage and violated my Constitutional Rights to be held accountable for they actions and wrong doings, so they will not be able to do this to any other citizen of the United States. I will like for these actions to be acknowledge to the people and citizen of Savannah, Ga. at Chatham County to show we have Rights and we have people who fights for our Constitutional Rights to be as it is recognize in the Constitution. I also request that my charges that was cause by this be drop and dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of June, 2022.

Prisoner No. 2022030031                    Ernest Grisham
                                           (Signature of Plaintiff)

6



Ernest J. Graham #20220030031
Chatham County Jail Detention
1074 Carl Griffin Drive
Savannah, GA 31405

Clarence Duggan
United States District Court
P.O. Box 8286
Savannah, GA 31412

**Chatham County Sheriff's Complex**
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.