IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ERNEST J. GRAHAM,<br><br>　　Plaintiff,<br><br>v.<br><br>OFFICER DEVIN O'NEIL, #63518,<br>Savannah Police Department;<br>SAVANNAH POLICE DEPARTMENT;<br>CPL. WARD, Savannah Police<br>Department; DET. LUCAS HINDS,<br>#62816, Savannah Police<br>Department; DET. GASHI,<br>Savannah Police Department;<br>PETER J. IATROU, #62888,<br>Savannah Police Department;<br>STRATEGIC INVESTIGATIVE UNIT,<br>Savannah Police Department; and<br>SGT. HUNT, Savannah Police<br>Department;<br><br>　　Defendants. | CASE NO. CV422-159 |

## O R D E R

Before the Court is the Magistrate Judge's July 20, 2022, Report and Recommendation (Doc. 7), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in

---

[1] The Court reviews de novo a magistrate judge's findings to which a petitioner objects, and the Court reviews for clear error the portions of a report and recommendation to which a petitioner does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

this case. As a result, Plaintiff's claims against Defendants Savannah Police Department, Strategic Investigative Unit, and Peter J. Iatrou are **DISMISSED**. Additionally, Plaintiff's claims are **DISMISSED** to the extent he requests initiation of a criminal investigation or prosecution of the Defendants or dismissal of any pending prosecution. Plaintiff's remaining claims against Defendants Officer Devin O'Neil, Corporal Ward, Detective Hinds, Detective Gashi, and Sergeant Hunt remain pending.

SO ORDERED this 16th day of August 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA