# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ERNEST J. GRAHAM, | ) |
|     Plaintiff, | ) |
| v. | )    CV422-159 |
| OFFICER DEVIN O'NEIL, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 51, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Doc. 51. Defendants' Motion for Summary Judgment is **GRANTED**. Doc. 23. The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this __25__ day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA